| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** | |
| Case number (if known): _____ | Chapter you are filing under:<br>☐ Chapter 7<br>☐ Chapter 11<br>☐ Chapter 12<br>☒ Chapter 13 |

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy       04/20

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone.  A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors.  For example, if
a form asks, "Do you own a car," the answer would be yes if either debtor owns a car.  When information is needed about the
spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them.  In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2.  The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for

## Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture | **Joseph**<br>First Name<br>**Lynn**<br>Middle Name<br>**Cunningham**<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First Name<br>_____<br>Middle Name<br>_____<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | _____<br>First Name<br>_____<br>Middle Name<br>_____<br>Last Name | _____<br>First Name<br>_____<br>Middle Name<br>_____<br>Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _5_ _5_ _7_ _6_<br>OR<br>9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9xx – xx – ___ ___ ___ ___ |

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**               page 1

Joseph Lynn Cunningham                              Case number (if known) _____

**About Debtor 1:**                                 **About Debtor 2 (Spouse Only in a Joint Case):**

4. **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

   Include trade names and doing business as

   ☒ I have not used any business names or EINs.       ☐ I have not used any business names or EINs.

   _____                              _____
   Business name                                        Business name

   _____                              _____
   Business name                                        Business name

   _____                              _____
   Business name                                        Business name

   ___ ___ – ___ ___ ___ ___ ___ ___ ___                ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN                                                  EIN

   ___ ___ – ___ ___ ___ ___ ___ ___ ___                ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN                                                  EIN

5. **Where you live**                                  **If Debtor 2 lives at a different address:**

   **423 Cranbrook Lane**                              _____
   Number    Street                                    Number    Street

   _____                              _____

   _____                              _____

   **League City**         **TX**    **77573**          _____
   City                    State     ZIP Code           City            State     ZIP Code

   **Galveston**                                        _____
   County                                               County

   **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.    **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

   _____                              _____
   Number    Street                                    Number    Street

   _____                              _____
   P.O. Box                                             P.O. Box

   _____                              _____
   City            State     ZIP Code                  City            State     ZIP Code

6. **Why you are choosing this district to file for bankruptcy**

   *Check one:*                                        *Check one:*

   ☒ Over the last 180 days before filing this petition, I have lived in this district    ☐ Over the last 180 days before filing this petition, I have lived in this district

   ☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)    ☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

7. **The chapter of the Bankruptcy Code you are choosing to file under**

   *Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

   ☐ Chapter 7

   ☐ Chapter 11

   ☐ Chapter 12

   ☒ Chapter 13

---

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 2

**Joseph Lynn Cunningham**                                                                                   Case number (if known)_____

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may
pay with cash, cashier's check, or money order. If your attorney is submitting your

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived.** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less
than 150% of the official poverty line that applies to your family size and you are unable to pay the

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No

☑ Yes.

District **Southern District of Texas (Houston**   When **01/04/2019**   Case number **19-30080**
                                                        MM / DD / YYYY

District **Southern District of Texas (Houston**   When **09/01/2017**   Case number **17-80261**
                                                        MM / DD / YYYY

District _____   When _____   Case number _____
                               MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____   Relationship to you _____
District _____   When _____   Case number, _____
                               MM / DD / YYYY                    if known

Debtor _____   Relationship to you _____
District _____   When _____   Case number, _____
                               MM / DD / YYYY                    if known

**11. Do you rent your residence?**

☑ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.
   ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A)

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 3

Joseph Lynn Cunningham                                Case number (if known)

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one

- ☐ No. Go to Part 4.
- ☑ Yes. Name and location of business

**Greenscapes Lawn and Landscape, LLC**
Name of business, if any

**423 Cranbrook Ln.**
Number    Street

**League City**                               **TX**       **77573**
City                                          State       ZIP Code

*Check the appropriate box to describe your business:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

- ☑ No. I am not filing under Chapter 11.
- ☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
- ☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.
- ☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs*

- ☑ No
- ☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?
Number    Street

City                                          State       ZIP Code

| Joseph Lynn Cunningham | Case number (if known) |
|---|---|

### Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose

**About Debtor 1:**
*You must check one:*

- [x] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a**
  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have**
  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and

- [ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency,

- [ ] **I am not required to receive a briefing about credit counseling because of:**

  - [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or
  - [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after
  - [ ] **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a**
  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have**
  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and

- [ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency,

- [ ] **I am not required to receive a briefing about credit counseling because of:**

  - [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or
  - [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after
  - [ ] **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the

Debtor 1   Joseph Lynn Cunningham _____   Case number (if known)_____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ No. Go to line 16b.
- ☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.
_____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

- ☑ No. I am not filing under Chapter 7. Go to line 18.
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

| Joseph Lynn Cunningham | Case number (if known) |
|---|---|

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this

| X /s/ Joseph Lynn Cunningham | X |
|---|---|
| Joseph Lynn Cunningham, Debtor 1 | Signature of Debtor 2 |
| Executed on 03/12/2021 | Executed on |
| MM / DD / YYYY | MM / DD / YYYY |

<br>

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 7

| | |
|---|---|
| **Joseph Lynn Cunningham** | Case number (if known) |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to

X **/s/ Eloise A. Guzman**       Date **03/12/2021**
Signature of Attorney for Debtor        MM / DD / YYYY

**Eloise A. Guzman**
Printed name

**Guzman Law Firm**
Firm Name

**8225 Gulf Freeway**
Number    Street

_____

_____

**Houston**                **TX**         **77017**
City                        State        ZIP Code

Contact phone **(713) 378-9900**    Email address **eloise@guzmanbk.com**

**08654570**                **TX**
Bar number                State

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 8

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

### Chapter 7: Liquidation

|   |   |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

**Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)**  page 1

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |   |   |
|---|---|---|
|   | $1,167 | filing fee |
| **+** | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)**                                              **page 2**

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

**Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)**   **page 3**

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition.  The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/forms/bankruptcy-forms

### Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).  To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency.  11 U.S.C. § 109(h).  If you are filing a joint case, both spouses must receive the briefing.  With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition.  This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge.  If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

**Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)**   **page 4**

*Eloise A. Guzman, Bar No. 08654570*
*Guzman Law Firm*
*8225 Gulf Freeway*
*Houston, TX  77017*
*(713) 378-9900*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

In re:  
**Joseph Lynn Cunningham**

Case No.:  
SSN:  xxx-xx-5576  
SSN:

Debtor(s)

Address:  
**423 Cranbrook Lane**
**League City, TX 77573**

## Numbered Listing of Creditors

Chapter:  13

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 1. | American Express Bank, FSB<br>c/o Becket & Lee, LLP.<br>PO Box 3001<br>Malvern, PA 19355-0701<br>xxxxxxxxxxxx5783 | Unsecured Claim | $4,000.00 |
| 2. | American Honda Finance<br>PO Box 168088<br>Irving, TX 75016<br>xxxxx4111 | Secured Claim | $8,779.19 |
| 3. | ARS National Services Inc.<br>PO Box 469046<br>Escondido, CA  92046 | Unsecured Claim | |
| 4. | Barrett Daffin Frappier Turner & Engel,<br>Abbey U. Dreher<br>4004 Belt Line Road, Suite 100<br>Addison, TX  75001 | Unsecured Claim | $0.00 |
| 5. | Brooke Army Med Center<br>3551 Roger Brooke Dr. #211<br>Sam Houston, TX  78234<br>xxxxxxxxxx0257 | Unsecured Claim | $38,513.92 |
| 6. | Buckley Madole, P.C.<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX  75254 | Unsecured Claim | |

in re: **Joseph Lynn Cunningham**

Debtor                                                                                      Case No. (if known)

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 7. | Citibank, NA.<br>701 E. 60th St. N.<br>Sioux Falls, SD 57117<br>7750 | Unsecured Claim | $1,848.80 |
| 8. | Clear Creek ISD Tax Office<br>P O Box 799<br>League City, TX 77574<br>xx6432 | Secured Claim | $3,666.42 |
| 9. | Clear Lake Pathology Partners, LLC<br>PO Box 744127<br>Dallas, TX  75374<br>xxxx*xx0160 | Unsecured Claim | $234.85 |
| 10. | Clear Lake Regional<br>PO Box 406795<br>Atlanta, GA  30384<br>xxxxx1285 | Unsecured Claim | |
| 11. | Clear Lake Regional Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC  29602<br>xxxxx1285 | Unsecured Claim | $3,549.26 |
| 12. | Clear Lake Regional Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC  29602<br>4455 | Unsecured Claim | $676.56 |
| 13. | Client Services, INC.<br>3451 Harry S Truman Blvd<br>St. Charles, MO.  63301 | Unsecured Claim | |
| 14. | Collections Incorporated<br>c/o Uvalde Memorial Hospital<br>PO Box 418<br>Pipe Creek, TX  78063<br>xxxxxxxx2692 | Unsecured Claim | $3,901.92 |
| 15. | Emergency Physician Billing<br>c/o Victoria Emergency Associates<br>PO Box 204350 Dept. 204362<br>Dallas, TX  75320-4350<br>xxxxxxxxx0003 | Unsecured Claim | $503.50 |

in re: **Joseph Lynn Cunningham**

Debtor      Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 16. Emergency Savings Fund | Special Claim | $3,000.00 |
| 17. Ems of Nueces Canyon<br>PO Box 460<br>Campwood, TX 78833<br>5576 | Unsecured Claim | $1,112.50 |
| 18. Ford Motor Credit Company LLC<br>PO Box 62180<br>Colorado Springs, CO 80962<br>xxxx7940 | Secured Claim | $32,995.90 |
| 19. Ford Motor Credit Company LLC<br>PO Box 62180<br>Colorado Springs, CO 80962<br>xxxx5471 | Secured Claim | $18,857.75 |
| 20. Fortiva<br>Attn: Bankruptcy<br>PO Box 105555<br>Atlanta, GA 30348<br>xxxxxxxxxxxx7326 | Unsecured Claim | $1,400.00 |
| 21. Galveston County MUD #39<br>11111 Katy Fwy., Ste. #725<br>Houston, TX 77079-2197<br>xxx-xxxx-xxx-0008 | Secured Claim | $1,755.29 |
| 22. Galveston County Tax Office<br>722 Moody<br>Galveston, TX 77550<br>xx6432 | Secured Claim | $2,625.27 |
| 23. Gardentown Emergency Physicians, PLLC<br>PO Box 98781<br>Las Vegas, NV 89193-8781<br>xxxxxxxxxxxx2858 | Unsecured Claim | $2,131.00 |
| 24. GC Services Limited Partnership<br>c/o Citibank, N.A.<br>PO Box 3855<br>Houston, TX 77253<br>xxxxxxxxxxxx0916 | Unsecured Claim | $3,348.80 |

Page 3

in re: **Joseph Lynn Cunningham**

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| | Debtor | | Case No. (if known) |
| 25. | George F. Dunn<br>Devlin, Naylor & Turbyfill, PLLC<br>5120 Woodway Drive, Ste. 9000<br>Houston, TX  77056 | Unsecured Claim | $0.00 |
| 26. | Guzman Law Firm<br>8225 Gulf Freeway<br>Houston, TX  77017 | Priority Claim | $4,988.00 |
| 27. | Guzman Law Firm - Est. Atty. fees<br>8225 Gulf Freeway<br>Houston, TX  77017 | Priority Claim | $1,500.00 |
| 28. | Heart Physicians of Clear Lake<br>PO Box 4897<br>Houston, TX  77210-4897 | Unsecured Claim | $572.00 |
| 29. | HOA Reserve per para. 23 | Special Claim | $3,011.72 |
| 30. | Houston Methodist<br>PO Box 3133<br>Houston, TX  77253-3133<br>xx6158 | Unsecured Claim | $3,891.50 |
| 31. | Houston Radiology Associated<br>PO Box 4613<br>Houston, TX  77210-4613<br>xxx-xx4895 | Unsecured Claim | $262.00 |
| 32. | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority Claim | $47,575.56 |
| 33. | M. Susan Rice, PC<br>39340 IH 10 West, Suite D<br>Boerne, TX  78006 | Unsecured Claim | $0.00 |

Page 4

in re: **Joseph Lynn Cunningham**

Debtor          Case No. (if known)

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 34. | Midland Funding<br>PO Box 2011<br>Warren, MI 48090<br>xxxxxx8129 | Unsecured Claim | $2,828.46 |
| 35. | Midland Funding<br>PO Box 2011<br>Warre, MI 48090<br>xxxxxx4483 | Unsecured Claim | $1,832.56 |
| 36. | Nationwide Credit, Inc.<br>c/o Chase<br>PO Box 26314<br>Lehigh Valley, PA  18002-6314<br>xxxxxxx0047 | Unsecured Claim | $12,994.26 |
| 37. | Schumacher Clinical Partners<br>c/o Harris Emergency Med Assoc. PA<br>PO Box 1577<br>San Antonio, TX  78296-1577<br>xxxxxxx4672 | Unsecured Claim | $2,007.00 |
| 38. | Stat Billing Services<br>1915 US Hwy. 90 West<br>Castroville, TX  78009<br>xx0806 | Unsecured Claim | $2,124.00 |
| 39. | Synergy Radiology Associates<br>7026 Old Katy Rd., Ste. 276<br>Houston, TX  77024-2187<br>xxxxx6799 | Unsecured Claim | $562.00 |
| 40. | UTMB Health - Dept. 4488<br>PO Box 660490<br>Dallas, TX  75266-0490<br>xxx9386 | Unsecured Claim | $40.00 |
| 41. | Valerie Smith<br>c/o PRA Receivables Mgt, LLC<br>P. O. Box 41021<br>Norfolk, VA  23541 | Unsecured Claim | $0.00 |
| 42. | Wells Fargo Bank, NA<br>PO Box 29482<br>MAC S4101-08C<br>Phoenix, AZ  85038<br>3566 | Unsecured Claim | $6,924.60 |

Page 5

in re: **Joseph Lynn Cunningham**

| | Debtor | | Case No. (if known) |
|---|---|---|---|
| | Creditor name and mailing address | Category of claim | Amount of claim |
| 43. | Wells Fargo Bank, NA.<br>MAC #N9286-01Y<br>1000 Blue Gentian Rd.<br>Eagan, MN  55121-7700<br>xxxxxxxxx9295 | Secured Claim | $228,617.87 |
| 44. | Wells Fargo Bank, NA.<br>MAC #N9286-01Y<br>1000 Blue Gentian Rd.<br>Eagan, MN  55121-7700<br>xxxxxxxxx9295 | Secured Claim | $33,512.04 |
| 45. | Wells Fargo Bank, NA.<br>MAC #N9286-01Y<br>1000 Blue Gentian Rd.<br>Eagan, MN  55121-7700<br>xxxxxxxxx9295 | Secured Claim | $52,601.40 |
| 46. | Westover Park Community Association, Inc<br>c/o Assoc. Houston Comm. Mngmt. Svcs<br>17049 El Camino Real, Ste. 100,<br>Houston, TX 77058<br>xxxxx-3588 | Secured Claim | $9,419.35 |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

### DECLARATION

I, **Joseph Lynn Cunningham**, named as debtor in this case, declare under penalty of perjury that I have read the foregoing *Numbered Listing of Creditors*, consisting of __6__ sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Debtor: **/s/ Joseph Lynn Cunningham**        Date: 3/12/2021
      Joseph Lynn Cunningham

Page 6