IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-30913 |
| | § | |
| JOSEPH LYNN CUNNINGHAM | § | CHAPTER 7 |
|     DEBTOR | § | |
| | § | |
| FORD MOTOR CREDIT COMPANY LLC | § | |
|     MOVANT | § | |
| | § | |
| V. | § | |
| | § | |
| JOSEPH LYNN CUNNINGHAM and | § | |
| RONALD J. SOMMERS, TRUSTEE | § | |
|     RESPONDENTS | § | |

**DEFAULT/UNOPPOSED/UNCONTESTED ORDER GRANTING
RELIEF FROM AUTOMATIC STAY**
**(This Order Resolves Docket #65)**

FORD MOTOR CREDIT COMPANY LLC ("Movant") filed a motion for relief from the automatic stay against 2015 FORD F250; Serial No. 1FT7W2BTXFEC70171 (the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As certified by Movant's counsel, there is no effective opposition to the requested relief. Accordingly, the Court grants relief.

It is ordered that Movant is granted relief from the automatic stay to pursue its state law remedies, including foreclosure, repossession and/or eviction with respect to the Property.

IF NO OPPOSITION OR REQUEST FOR HEARING HAS BEEN FILED 7 DAYS BEFORE THE SCHEDULED HEARING ON THE MOTION TO LIFT STAY, MOVANT MAY COMPLETE AND FILE THE FOLLOWING CERTIFICATION. IF THE CERTIFICATION IS MADE AT LEAST 2 DAYS PRIOR TO THE HEARING, (EXCLUDING INTERMEDIATE WEEKENDS AND HOLIDAYS), MOVANT NEED NOT ATTEND THE HEARING. THE COURT WILL EITHER ISSUE THE DEFAULT ORDER OR WILL RESCHEDULE THE HEARING IF THE COURT DETERMINES THAT A HEARING IS NEVERTHELESS NECESSARY.

**Counsel's Certification:**
Movant's motion for relief from the stay was served in accordance with applicable bankruptcy rules on July 9, 2021. I have reviewed the docket sheet in this case to confirm the accuracy of the statements in this certification. Any trustee response that has been filed reflects an absence of opposition. Additionally, I certify that (i) no response has been filed by the debtor or any creditor; (ii) although a response was filed, the only responses reflected an absence of opposition to the

requested relief; or (iii) although a response was filed, the response did not deny ANY of the factual allegations in the motion.

Approved by Movant's Counsel: _____
GEORGE F. DUNN
Texas State Bar Number 24097630
gdunn@dntlaw.com (E-mail)
DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.
5120 Woodway, Suite 9000
Houston, Texas 77056-1725
713/622-8338 (Phone)
713/586-7053 (Fax)