IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 21-30913 |
| | § | (Chapter 7) |
| JOSEPH LYNN CUNNINGHAM | § | |
| DEBTOR(S) | | |

### NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY REGARDING 423 CRANBROOK LANE, LEAGUE CITY, TX 77573 AND WAIVER OF THIRTY DAY REQUIREMENT PURSUANT TO 11 U.S.C. § 362(e)

Please take notice that the *Motion for Relief from Automatic Stay Regarding 423 Cranbrook Lane, League City, TX 77573 and Waiver of Thirty Day Requirement Pursuant to 11U.S.C. § 362(e)* filed by Towd Point Master Funding Trust 2021-PM1 has been set for hearing on **08/27/2021 at 09:00 AM** located via audio/video. appearance instructions may be found here: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur

Respectfully submitted,

/s/ Heather Gram-Chavez
Heather Gram-Chavez
State Bar No: 24092440
heather.gram-chavez@mwglegal.com
MILLER, WATSON & GEORGE, P.C.
5550 Granite Parkway, Suite 245
Plano, TX 75024
Phone: (469) 518-4975
Fax: (469) 518-4972
*Attorney for Movant Towd Point Master Funding Trust 2021- PM1*

## **CERTIFICATE OF SERVICE**

A copy of this notice of hearing was served on the persons listed below in the manner indicated on August 19, 2021.

*/s/ Heather Gram-Chavez*
**HEATHER GRAM-CHAVEZ**

**Via Pre-Paid U.S. Mail**

Joseph Lynn Cunningham
423 Cranbrook Lane
League City, TX 77573
Debtor(s)

**Via ECF:**

Eloise A Guzman
Guzman Law Firm
8225 Gulf Freeway
Houston, TX 77017
Attorney for Debtor(s)

Ronald J Sommers
Nathan Sommers Jacobs
2800 Post Oak Blvd
61st Floor
Houston, TX 77056
Chapter 7 Trustee

Office of the US Trustee
515 Rusk Street, Ste 3516
Houston, TX 77002
U.S. Trustee