|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF TEXAS** | United States Bankruptcy Court<br>Southern District of Texas<br>**ENTERED**<br>September 02, 2021<br>Nathan Ochsner, Clerk |

In Re:  Joseph Lynn Cunningham         §         Case No.: 21–30913
                                       §
       Debtor                          §         Chapter:  7

## Notice of Proposed Abandonment

     The chapter 7 trustee in this case has submitted a Report of No Distribution, and proposes to abandon all property of the estate scheduled by the Debtor(s) pursuant to Fed. R. Bankr. P. 6007(a) that has not been previously abandoned. Any party in interest may file and serve an objection within 14 days of the sending of this Notice. If no timely objection is filed, all scheduled assets not previously abandoned will be abandoned without the necessity of further Court order. If a timely objection is filed, the proposed abandonment will not occur until the Court rules on the proposed abandonment. If the chapter 7 trustee's Report of No Distribution is withdrawn within 14 days of the date of this notice, the proposed abandonment is likewise withdrawn.

Date: 9/2/21

                                                            /s/ Nathan Ochsner